# United States District Court
# Western District of North Carolina
# Division

| | | |
|---|---|---|
| ANGELA GABRIEL, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff | ) | 1:14-cv-270 |
| | ) | |
| vs. | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner, | ) | |
| Social Security Administration | ) | |
| | ) | |
| Defendant | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 29, 2015 Order.

July 29, 2015

_____

Frank G. Johns, Clerk
United States District Court